**Entered on Docket
December 20, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge
_____

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada  89101
Telephone:  (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re:<br><br>JAIME ILLANES, and<br>MIRIAM M. ILLANES,<br><br>Debtor(s). | BK-S-10-30020-BAM<br>Chapter 13<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |
|---|---|

### ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO SECTION 521(i)

As the above-captioned Debtors have not complied with 11 U.S.C § 521(i) in that the Debtors have not filed Schedules A through J. The Debtors have also failed to file their Statement of Financial Affairs. The 45 day period expired on December 9, 2010.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtors' failure to comply with 11 U.S.C. § 521(i).

/ / /

1  **IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount
2  of $150.00 per quarter that case is pending.
3  DATED this \17th day of December, 2010.

5  Submitted by:

7  _____
   MARIANNE GATTI, ESQ.
   Nevada Bar No. 7717
8  701 Bridger Ave., Suite 820
   Las Vegas, NV 89101
9  Attorney for RICK A. YARNALL,
   Chapter 13 Bankruptcy Trustee